## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| MEAGHAN RICHARDSON and CYRIL RICHARDSON,<br><br>       Plaintiffs<br>v.<br><br>THE ATTORNEY GENERAL OF THE BRITISH VIRGIN ISLANDS and RANDY DONOVAN<br><br>       Defendants. | Civil No. 3:08-CV-00144<br><br>ACTION FOR DAMAGES |

## AMENDED NOTICE OF APPEAL

Notice is given that THE ATTORNEY GENERAL OF THE BRITISH VIRGIN ISLANDS, defendant in this case, continues its timely noticed appeal to the United States Court of Appeals for the Third Circuit from the order entered in this action on July 25, 2014 (the Order), by the District Court of the Virgin Islands, denying the defendant's motion to dismiss the action under the doctrine of sovereign immunity.  Defendant also amends it original notice of appeal, to appeal to the United States Court of Appeals for the Third Circuit from the order entered in this action on March 31, 2015 (the Post-Decision Order), by the District Court of the Virgin Islands, denying the defendant's motion for reconsideration of the District Court's Order.  The defendant's intent is to include in its appeal both the Order and the Post-Decision Order in this case as appealable interlocutory orders under the collateral order doctrine.

                 Respectfully submitted,
                 **HODGE & HODGE**

Dated: April 1, 2015       /s/ Maria Tankenson Hodge_____
                 By:  Maria Tankenson Hodge (VI Bar 170)
                 1340 Taarneberg
                 St. Thomas, VI 00802
                 Tel: 340-774-6845

Richardson v. Attorney General of the British Virgin Islands
Amended Notice of Appeal

maria@hodgelawvi.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of April, 2015, a true and correct copy of the foregoing AMENDED NOTICE OF APPEAL was served via Notice of Electronic Filing to:

Amos W. Carty, Jr.
Law Offices of Pedro K. Wiliams
5212 Willelskafts Gade, Suite 200
St. Thomas, VI 00802


Thomas F. Friedberg
Law Offices of Friedberg & Bunge
The Tunick Building, Suite 201
610 West Ash Street, Suite 1400
PO Box 6814
San Diego, California 92166-0814

                                                    /s/ Maria Tankenson Hodge