IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| MEAGHAN RICHARDSON and CYRIL RICHARDSON,<br><br>Plaintiffs,<br><br>v.<br><br>THE ATTORNEY GENERAL OF THE BRITISH VIRGIN ISLANDS and RANDY DONOVAN.<br><br>Defendants | CIVIL CASE NO. 3:08-cv-00144<br><br>ACTION FOR DAMAGES<br><br>JURY TRIAL DEMANDED |

**NOTICE OF CASE STATUS**

Plaintiffs Meaghan Richardson and Cyril Richardson ("Plaintiffs") hereby file this Notice of Case Status to advise the District Court that the matter is currently on appeal to the Third Circuit Court of Appeals. The case is tentatively scheduled on the merits before the Third Circuit on May 16, 2016.

Dated: March 9, 2016                **LAW OFFICES OF FRIEDBERG & BUNGE**

By: s/THOMAS F. FRIEDBERG, ESQ.
   THOMAS F. FRIEDBERG, ESQ. (VI # 1006)
   Attorneys for Plaintiffs, MEAGHAN RICHARDSON and CYRIL RICHARDSON
   610 West Ash Street, Suite 1400
   P.O. Box 6814
   San Diego, California 92101
   TEL : (619)557-0101
   FAX:  (619)557-0560
   " tom@lawofficefb.com"

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing **NOTICE OF CASE STATUS** was served on the 9th day of March, 2016, by causing this document to be served by the CM/EFC system, that electronically serves the following parties and counsel:

Mark D. Hodge, Esq.
Maria Tankenson Hodge, Esq.
**HODGE & HODGE**
1340 Taarneberg
St. Thomas, V.I. 00802
TEL 340-774-6845
FAX: 340-714-1848
E-MAIL: "mark@hodgelawvi.com"
         "maria@hodgelawvi.com"

*s/THOMAS F. FRIEDBERG, ESQ.*
Attorneys for Plaintiffs, MEAGHAN RICHARDSON and CYRIL RICHARDSON