DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

MEAGHAN RICHARDSON and CYRIL )
RICHARDSON, )
 )
       Plaintiffs, )
 ) Civil No. 2008-144
       v. )
 )
THE ATTORNEY GENERAL OF THE )
BRITISH VIRGIN ISLANDS, )
 )
       Defendant. )
 )
 )

ATTORNEYS:

**Thomas F. Friedberg**
Law Offices of Friedberg & Bunge
San Diego, CA
    *For the Richardsons,*

**Maria Tankenson Hodge**
**Mark D. Hodge**
Hodge & Hodge
St. Thomas, U.S.V.I.
    *For the Attorney General of the British Virgin Islands.*

## ORDER

**GÓMEZ, J.**

    The Court has been advised by the parties in this matter of a need to resume the mediation that commenced on March 9, 2017.

    The premises considered, it is hereby

*Richardson v. Attorney General of the BVI*
Civil No. 2008-cv-144
Order
Page 2

**ORDERED** that the mediation commenced on March 9, 2017, shall resume on May 5, 2017, at 3:00 P.M. by video conference; it is further

**ORDERED** that Meaghan Richardson and Cyril Richardson shall be present for the mediation in Courtroom Three in the Ron DeLuga Federal Building on St. Thomas, United States Virgin Islands; it is further

**ORDERED** that the parties shall provide their contact information on the Electronic Filing System to ensure that there are no technical impediments to the May 5, 2017, video conference; and it is further

**ORDERED** that, in light of the parties' efforts to resolve this matter, all pending motions are denied without prejudice. Should the parties be unable to resolve this matter, they may identify which of the previously filed motions they wish to revive and have the Court consider.

 S/_____
   **CURTIS V. GÓMEZ**
   **District Judge**