IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| CYRIL RICHARDSON, et al. : | |
| : | CIVIL ACTION |
| v. : | |
| : | No. 08-144 |
| ATTORNEY GENERAL OF BRITISH : | |
| VIRGIN ISLANDS : | |

## **ORDER**

AND NOW, this 25th day of April, 2017, it is ORDERED the May 5, 2017, videoconference will now begin at 10:00 a.m. Counsel are to report to the Ron de Lugo Federal Courthouse, 5500 Veterans Drive, St. Thomas, VI to participate in the videoconference.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.